**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Zuley SANCHEZ, Defendant–Appellant.**

No. 12–10624
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Aug. 15, 2012.

Bret R. Williams, Cassandra J. Schansman, Lawrence R. Sommerfeld, Lisa Wilson Tarvin, George Jeffrey Viscomi, Assistant U.S. Attorney, Sally Yates, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Jeffrey P. Manciagli, Law Office of Jeff Manciagli, Atlanta, GA, for Defendant–Appellant.

Zuley Sanchez, Tallahassee, FL, pro se.

Before TJOFLAT, BARKETT and KRAVITCH, Circuit Judges.

**PER CURIAM:**

Jeff P. Manciagli, retained counsel for Zuley Sanchez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Sanchez's conviction and sentence are **AFFIRMED.**